UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 18-01159 |
| | Honorable Janet S. Baer |
| Jackie M. Stefaniw and Brian J Hendenski | Chapter 13 |

## ALLY FINANCIAL'S OBJECTION TO CONFIRMATION OF THE DEBTORS' CHAPTER 13 PLAN

NOW COMES Ally Financial, by and through its attorney James M. Philbrick of the LAW OFFICES OF JAMES M. PHILBRICK P.C., and as and for its Objection to Confirmation of Debtors' Chapter 13 Plan, states as follows:

1. That Ally Financial is a creditor-claimant of the Debtors and brings this Objection pursuant to 11 U.S.C. §1324 and §1325.

2. That on April 12, 2016, the Debtors executed a Lease Agreement for an interest in one 2015 MITSUBISHI OUTLANDER, VIN: 4A4AP3AW7FE047339.

3. That on April 12, 2016, the Agreement was duly assigned to Ally Financial. That thereafter the lien of Ally Financial was properly perfected in accordance with the Illinois Motor Vehicle Act, and said lien was noted upon the certificate of title in connection with the aforesaid vehicle.

4. That on January 16, 2018, the Debtors filed a voluntary petition under Chapter 13 of Title 11 of the United States Code.

5. That the payoff balance owing to Ally Financial under the terms of the Agreement at the time of filing was $4,362.73

6. That the Debtors' chapter 13 plan impermissibly attempts to provide for Ally Financial's lease under part 8.1 of the plan when the lease should be assumed under part 6 of the plan.

7. That the Debtors' Chapter 13 Plan does not provide for the proper treatment of Ally Financial's claim or for attorney fees in the amount of $500.00.

8. That for the reasons stated herein, confirmation of the Debtors' Chapter 13 Plan should be denied.

WHEREFORE, Ally Financial prays this Honorable Court for entry of an order denying confirmation of the Debtors' Chapter 13 Plan and for such other and further relief as the Court may deem just and proper.

                Ally Financial

                By:  /s/ James M. Philbrick
                    One of its Attorneys

### CERTIFICATE OF SERVICE

I, James M. Philbrick, an attorney, certify that I personally served the above Objection on the Debtors' attorney, Joseph P Doyle and on the Chapter 13 Trustee, Glenn Stearns, by Court Electronic Notification on the 27th day of January, 2018, before the hour of 5:00 p.m.

                /s/ James M. Philbrick

James M. Philbrick
Attorney No. 6244743
Law Offices of James M. Philbrick
P.O. Box 351
Mundelein, Illinois   60060
847/949-5290
Fax: 847/949-5690
jamesphilbrick@comcast.net