# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BRIAN J. HENDENSKI and JACKIE M. ) | |
| STEFANIW ) | No. 18-01159 |
| ) | Chapter 13 (Kane) |
| Debtors ) | Honorable Janet S. Baer |
| ) | Hearing Date: 10/05/2018, 9:30 a.m. |

## NOTICE OF MOTION

To:   See attached Service List.

YOU ARE HEREBY NOTIFIED that on October 5, 2018, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before The Honorable Janet S. Baer in room 240 in the Kane County Courthouse, 100 S. Third Street, Geneva, Illinois, and then and there present for hearing the attached **MOTION FOR RELIEF FROM STAY** at which time and place you may appear as you see fit to do.

One of the attorneys for Timber Trail's Homeowners Association

## PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on September 14, 2018.

Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
14th date of September, 2018.

_____
Notary Public
#6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

1

## SERVICE LIST

Brian J Hendenski
371 Evergreen Circle
Gilberts, Illinois 60136

Jackie M. Stefaniw
371 Evergreen Circle
Gilberts, Illinois 60136

Joseph P Doyle
Law Office of Joseph P Doyle
105 S Roselle Road, Suite 203
Schaumburg, Illinois 60193
(by electronic notice through ECF)

Glenn B Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois 60532
(by electronic notice through ECF)

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, Illinois 60604
(by electronic notice through ECF)

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BRIAN J. HENDENSKI and JACKIE M. ) | |
| STEFANIW ) | No. 18-01159 |
| ) | Chapter 13 (Kane) |
| Debtors ) | Honorable Janet S. Baer |
| ) | Hearing Date: 10/05/2018, 9:30 a.m. |

**MOTION FOR RELIEF FROM STAY**
**PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE**

NOW COMES a certain creditor, TIMBER TRAIL'S HOMEOWNERS ASSOCIATION, by and through its attorneys, KEAY & COSTELLO, P.C., and in support of its Motion for Relief, states as follows:

1. That the creditor is TIMBER TRAIL'S HOMEOWNERS ASSOCIATION, an Illinois not-for-profit corporation and homeowners association.

2. That the Debtors, BRIAN J. HENDENSKI and JACKIE M. STEFANIW (hereinafter referred to as the "Debtors") are the owners of residential real estate that is part of TIMBER TRAIL'S HOMEOWNERS ASSOCIATION. Specifically, the Debtors are the owners of the property located at 371 Evergreen Circle, Gilberts, Illinois 60136.

3. That pursuant to TIMBER TRAIL'S HOMEOWNERS ASSOCIATION's governing documents, which have been recorded with the Recorder of Deeds of Kane County, Illinois, a lien attaches to the property of the Debtors to secure unpaid assessments and other obligations arising out of ownership of a unit under the jurisdiction of TIMBER TRAIL'S HOMEOWNERS ASSOCIATION.

1

4. That as owners of a property at TIMBER TRAIL'S HOMEOWNERS ASSOCIATION, the Debtors are obligated to pay assessments to TIMBER TRAIL'S HOMEOWNERS ASSOCIATION.

5. That TIMBER TRAIL'S HOMEOWNERS ASSOCIATION was not named as a creditor in the Debtors' Chapter 13 petition or plan and received no notice of the petition at the time it was filed.

6. As a result of TIMBER TRAIL'S HOMEOWNERS ASSOCIATION being left out of Debtors' plan and petition, TIMBER TRAIL'S HOMEOWNERS ASSOCIATION did not have the opportunity to file a proof of claim for its pre-petition secured debt or object to confirmation of the plan.

7. That the plan fails to account for TIMBER TRAIL'S HOMEOWNERS ASSOCIATION's pre-petition secured debt of $660.18. Additionally, TIMBER TRAIL'S HOMEOWNERS ASSOCIATION has incurred $600.00 in attorney fees and $181.00 in court costs as a result of Debtors' failure to remain current on their pre-petition obligation to the Association. Collection of said attorney fees and court costs is authorized

8. Therefore, the total amount due for attorney fees, and court costs plus the pre-petition arrearage not included in the plan is $1,441.18.

9. That pursuant to Section 362 of the Bankruptcy Code, TIMBER TRAIL'S HOMEOWNERS ASSOCIATION moves this court for entry of an order modifying the automatic stay arising as a result of the Debtors' Chapter 13 filing.

10. That TIMBER TRAIL'S HOMEOWNERS ASSOCIATION is entitled to relief from the automatic stay and so it may initiate collection proceedings against the Debtors for the

pre-petition arrearage because TIMBER TRAIL'S HOMEOWNERS ASSOCIATION was not included in the Debtors' Chapter 13 petition or plan.

11. That TIMBER TRAIL'S HOMEOWNERS ASSOCIATION is entitled to relief from the automatic stay for the following reasons:

    a. Debtors have made material defaults under the terms of the Declaration;

    b. There is currently a continuing increase in the total indebtedness chargeable against the real estate for payment of assessments and other charges due under the Declaration which result in TIMBER TRAIL'S HOMEOWNERS ASSOCIATION being deprived of adequate protection of its interest in the real estate; and

    c. The subject real estate is not necessary for a successful reorganization of the Debtors.

12. That TIMBER TRAIL'S HOMEOWNERS ASSOCIATION requests waiver of the 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, the Creditor, herein, TIMBER TRAIL'S HOMEOWNERS ASSOCIATION, prays this court enter an order modifying the stay permitting TIMBER TRAIL'S HOMEOWNERS ASSOCIATION, to initiate collection proceedings of all pre-petition arrearage due personally from the Debtors, BRIAN J. HENDENSKI and JACKIE M. STEFANIW, as a result of the ownership of the premises described herein, and for any such other and further relief as this court deems just and equitable within the premises.

TIMBER TRAIL'S HOMEOWNERS ASSOCIATION

By: _____
    Benjamin J. Rooney

3

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, IL 60187
(630) 690-6446

4